HEMPSTEAD BOND AND MORTGAGE GUARANTEE COMPANY, Respondent, v. BEATRICE C. JOHNSTON and Others, Defendants, Impleaded with BEHRER &

---

COMPANY, INC., Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.